Criminal Std (6/13/2012)

|  |  |
|---|---|
| HONORABLE: | Victor A. Bolden |
| DEPUTY CLERK | Kristen Gould |
| RPTR/ECRO/TAPE | S. Montini |
| USPO | Desiree Melendez |
| INTERPRETER | |

TOTAL TIME: ___ hours  44 minutes
DATE: 6/29/2020   START TIME: 1:07pm   END TIME: 1:51pm

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR ☐
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☒ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

CRIMINAL NO. 3:20-cr-00071-VAB-1    DEFT # ____

**UNITED STATES OF AMERICA**
vs
Ahmad Khalil Elshazly

Douglas P. Morabito; Justin T. Sher
AUSA

James P Maguire
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

---

- ☐ …….Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ……☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ …… CJA 23 Financial Affidavit filed ☐ under seal
- ☐ …… Order Appointing Federal Public Defender's Office filed
- ☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ …… Appearance of _____ filed
- ☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ …… Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ …… Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) one of the indictment
- ☐ …… Petition to Enter Guilty Plea filed                                     (indict, superseding indict, info)
- ☐ …… Defendant motions due _____ ; Government responses due _____
- ☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ …….Hearing on Pending Motions scheduled for _____ at _____
- ☒ …… Jury Selection set for 9/08/2020 at TBD
- ☐ …… Remaining Count(s) to be dismissed at sentencing
- ☐ …… Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ …… Special Assessment of $____ on count(s) ____. Total $ ____ ☐ Due immediately ☐ Pay at sentencing
- ☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ …… Order of Detention  remains
- ☐ …… Deft ordered removed/committed to originating /another District of _____
- ☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ …… Waiver of Rule 5 Hearing filed
- ☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ …… Defendant detained
- ☐ …… _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ..... Defendant was assisted at the hearing by counsel and consented to proceed via video conference.

Counsel is to meet and confer as to a scheduling order for pretrial deadlines.

## ADDITIONAL PROCEEDINGS

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Deft's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... Govt's oral motion _____ | | ☐ | ☐ | ☐ |
| ☒ ..... #46 Deft Motion for review of bond and release* | | ☐ | ☐ | ☐ |
| ☐ ..... # Deft Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # Govt Motion _____ | | ☐ | ☐ | ☐ |
| ☐ ..... # Govt Motion _____ | | ☐ | ☐ | ☐ |

| | filed | granted | denied | advisement |
|---|---|---|---|---|
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |
| ☐ ..... _____ | ☐ | ☐ | ☐ | ☐ |

Notes:

*Granted in part and Denied in part. The motion is GRATED as to its request for a de novo review. After a de novo review, the request for release is DENIED for the reasons started on the record.