UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:20-cr-71 (VAB) |
| v. | July 18, 2021 |
| AHMAD KHALIL ELSHAZLY | |

THIRD MOTION TO EXTEND FILING DEADLINE

The United States respectfully submits this motion for a 45-day extension to the filing deadline for its motion under Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III. Based on the Government's prior motions, the Court extended the current deadline until July 20, 2021.

As explained in its prior motion, the Government intends to file its *ex parte*, *in camera* CIPA Section 4 motion and supporting exhibits in hard-copy to the Court for its review. The motion is largely complete and the undersigned have been working diligently with the relevant other government offices to finalize the submission and its supporting materials; however, we have been advised that additional time is needed to complete some of those supporting materials that are needed to comply with the requirements of *United States v. Aref*, 533 F.3d 72, 80 (2d Cir. 2008). If this motion is granted, we do not anticipate the need for any further continuances beyond the additional requested time. In addition, although the Government is requesting an additional 45 days, it will submit its CIPA filing sooner than 45 days, if possible.

Counsel for the defendant has been contacted concerning this motion and he does not object to this motion.

For the foregoing reasons, the Government respectfully requests that the Court grant this motion and extend the deadline 45 days <u>until September 3, 2021</u> for the Government to file its ex parte, in camera CIPA Section 4 filing.

Respectfully submitted,

/s/ Justin Sher
/s/ Danielle Rosborough
JUSTIN SHER (DC 974235)
DANIELLE ROSBOROUGH (DC 1016234)
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20004
Office: (202) 353-3909
justin.sher@usdoj.gov
danielle.rosborough@usdoj.gov


/s/ Margaret Donovan
MARGARET DONOVAN
Federal Bar No. phv09772
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 25th Floor
New Haven, Connecticut  06510
(203) 821-3700
margaret.donovan@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that on July 18, 2021, a copy of foregoing Government's Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Margaret Donovan
MARGARET DONOVAN
ASSISTANT UNITED STATES ATTORNEY
