# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | CASE NO. 3:20-CR-00071(VAB) |
| Plaintiff, : | |
| : | |
| v. : | **GOVERNMENT NOTICE OF *EX PARTE*,** |
| : | ***IN CAMERA*, UNDER SEAL FILING** |
| **AHMAD KHALIL ELSHAZLY,** : | |
| : | |
| Defendant. : | |
| : | |

The government provides notice that on September 3, 2021, it filed an *ex parte*, *in camera*, and under seal motion with the Court through the Classified Information Security Officer.

                                        LEONARD C BOYLE
                                        ACTING UNITED STATES ATTORNEY

*/s/ Margaret Donovan*
MARGARET DONOVAN
Federal Bar No. phv09772
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

JUSTIN SHER (DC 974235)
DANIELLE ROSBOROUGH (DC 1016234)
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20004
Office: (202) 353-3909
justin.sher@usdoj.gov
Danielle.rosborough@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record.

                                             */s/ Margaret Donovan*
                                             MARGARET DONOVAN
                                             Federal Bar No. phv09772