**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: 8/25/2022  Case #: 3:20-cr-00071-VAB  Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

Ahmad Khalil Elshazly

Honorable Judge: Robert M. Spector
Deputy Clerk: Nick Langello
AUSA: Margaret Donovan, Daniel Gardner
Counsel for Defendant: James Maguire
☐ Retained  ☐ CJA  ■ FPD

Start Time: 3:24 PM   End Time: 4:07 PM
Recess (if more than ½ hr) _____ to _____
USPO: Lauren Harte
Reporter/ECRO/FTR: CourtSmart
Interpreter: _____  Language: _____

Total Time ____ hours  43 minutes
Hearing held  ■ in person  ☐ by video  ☐ by telephone

## HEARING AND TIME

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ___ | ☐ Initial Appear. Rule 5 ___ | ☐ Detention ___ | ☐ Arraignment ___ |
| ☐ Motion ___ | ■ Bond  43 | ☐ Waiver/Plea ___ | ☐ Probable Cause ___ |
| ☐ Change of Plea ___ | ☐ Conflict ___ | ☐ Evidentiary ___ | ☐ Extradition ___ |
| ☐ Status Conference ___ | ☐ Competency ___ | ☐ In Camera ___ | ☐ Frye ___ |

☐ Arrest or ☐ Self surrender  Date_____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

## FILED IN COURT

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

## PLEA

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

## SENTENCING

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

Rev. 12-9-21  Page **1** of **2**

**ORDERS**
- ☐ Waiver of Rule 5 hearing filed
- ☐ Defendant motions due_____, Govt. responses due _____
- ☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
- ☐ Hearing on pending motions scheduled for _____ at _____
- ☐ Jury Selection set for _____ at_____ before Judge_____
- ☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ; continued until_____

**DETENTION**
- ☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
- ☐ Order of detention filed
- ☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety   ☐Personal recognizance
- ☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
- ■ No bond set at this time
- ☐ Order of temporary detention pending hearing filed
- ☐ Defendant detained
- ☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
- ☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
- ☐ Defendant must reside at _____.
- ☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
- ☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
- ☐ Defendant must refrain from possessing firearms or dangerous weapons
- ☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
- ☐ Defendant must maintain employment or actively seek employment
- ☐ As set forth in the Order Setting Conditions of Release
- ☐ Other _____
_____

**MOTIONS**
- ■ Motion for _Release from Custody_____ filed by☐ USA ■defendant, ☐granted  ■denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied ☐advisement
- ☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied ☐advisement

**NOTES**
_____
_____
_____
_____

Rev. 12-9-21                                                                                                                 Page **2** of **2**