UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:20-CR-71 (VAB) |
| AHMAD ELSHAZLY | : | November 9, 2022 |

**CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT MOTIONS IN LIMINE, VOIR DIRE QUESTIONS, AND JURY INSTRUCTIONS**

The parties in this matter have recently been actively engaged in plea negotiations that are expected to permit resolution of this matter without the need for a jury trial. On November 9, 2022, the government provided the defense with a proposed final plea agreement to be reviewed with Mr. Elshazly. In light of these developments, Defendant moves to extend by one week, to November 16, 2022, the present deadline for the parties to submit proposed jury instructions, *voir dire* questions, and motions *in limine*.

Counsel for the government, Assistant United States Attorney Margaret Donovan, has been consulted and consents to this motion.

Respectfully submitted,

THE DEFENDANT,
Ahmad Elshazly

OFFICE OF THE FEDERAL DEFENDER

Date: November 09, 2022

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: james_maguire@fd.org

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 09, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                /s/ James P. Maguire
                                James P. Maguire