UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.  3:20-CR-71 (VAB) |
| AHMAD ELSHAZLY | : | March 30, 2023 |

## CONSENT MOTION TO CONTINUE SENTENCING

Mr. Ahmad Elshazly is presently awaiting sentencing, having pled guilty to attempting to provide material support to a designated foreign terrorist organization. As set out in the plea agreement, Mr. Elshazly's anticipated guidelines range is 240 months, the statutory maximum (though the government has agreed not to advocate for a sentence of over 15 years). Mr. Elshazly has reserved the right to seek a lesser sentence. Sentencing is presently scheduled for April 26, 2023.

In order to adequately prepare for sentencing in this matter, the defense requires additional time to develop the record concerning sentencing-related matters. Accordingly, Defendant moves to continue sentencing in this matter to a date at the Court's convenience in August of 2023.

Mr. Elshazly has been consulted and consents to the proposed continuance.

Counsel for the government, Assistant United States Attorney Margaret Donovan, has been consulted and consents to this motion.

Respectfully submitted,

THE DEFENDANT,
Ahmad Elshazly

OFFICE OF THE FEDERAL DEFENDER

Date: March 30, 2023  /s/ James P. Maguire
         James P. Maguire
         Assistant Federal Defender
         265 Church Street, Suite 702
         New Haven, CT 06510
         Phone: (203) 498-4200
         Bar No.: ct29355
         Email: james_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

         /s/ James P. Maguire
         James P. Maguire