UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                                                     CRIMINAL NO. 3:20-CR-71(VAB)

AHMED ELSHAZLY                                                              May 5, 2024

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Counsel for Mr. Elshazly respectfully moves to continue sentencing by an additional 90 days. Counsel for the government has no objection to this motion. The basis for this motion is that the defense has been preparing for sentencing and needs, or needed, additional time prior to scheduling the presentence interview.

The communications problems that have motivated prior motions have not yet been resolved. Progress, however, has been made. Undersigned counsel, along with lead counsel Sabrina Shroff, has been able to get into phone contact with Mr. Elshazly so is aware of what it happening with his case and approves of the approach. Attorney Shroff is continuing semi-regular calls with Mr. Elshazly to prepare for the presentence report. Additionally, a plan is being developed to prepare in light of the logistical challenges this case presents. Moreover, counsel is addressing these issues as quickly and efficiently as circumstances permit: he has been appointed in approximately seven new criminal or substantial supervised release cases since mid-February. He has been preparing a substantial sentencing memorandum about potential supervision in the Western District of Pennsylvania, *United States v. Slocum*, 3:23-cr-137(SRU); had to litigate a complex bond motion in *United States v. Salgado*, 3:2-cr-3(VDO); has pending attending a competency issue and refusal to participate in a competency examination in *United States v. Bidone*, 3:23-cr-111(SRU); spent a great deal of the week of April 8, 2024 litigating an emergency detention motion, prior to being terminated in the middle of

the litigation in *United States v. Joyce*, 3:22-cr-133(SRU). On April 16, counsel was scheduled to resolve *Untied States v. Vegas Cervantes*, 3:23-cr-151(KAD) but the plea hearing had to be abandoned because of translation issues; counsel has since had to return to Wyatt to address those issues and a new hearing is set for May 7 before speedy trial time runs out. On April 29, counsel was appointed in *United States v. Perez*, 3:24-mj-362(SDV), a case that presents issues where time is of the essence. On April 30, counsel resolved *United States v. Moss*, 3:24-cr-88(KAD); followed by *United States v. Acevedo*, 3:24-cr-95(SRU)—a case in which numerous complications have arisen requiring multiple trips to Wyatt and speed trial extensions. On May 1, counsel concluded that aforementioned sentencing memorandum at 12:30 a.m (on May 2); and on May 2 counsel had to spend the day at Wyatt visiting client's with time sensitive issues. Accordingly, counsel is scheduling the interview and addressing this motion as soon as possible.

    WHEREFORE, counsel respectfully requests that the sentencing schedule by continued by 90 additional days so that the presentence interview and first draft can be completed.

Respectfully submitted,

THE DEFENDANT,

OFFICE OF THE FEDERAL DEFENDER
AHMED ELSHAZLY

Dated: May 5, 2024

*/s/ Daniel M. Erwin*
Daniel M. Erwin
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: Daniel_erwin@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Daniel M. Erwin*
Daniel M. Erwin