UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-CR-71(VAB) |
| AHMAD ELSHAZLY | June 4, 2025 |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING SCHEDULE**

Ahmad Elshazly, through counsel, respectfully requests that the Court continue sentencing in this matter until early October of 2025 and adjust the accompanying sentencing deadlines accordingly. The grounds for this motion follow:

Mr. Elshazly is detained at the Donald W. Wyatt Detention Center. Significant mitigation work has been completed, but more is needed. An expert evaluation is scheduled to occur in mid-July of 2025. There is some chance that a follow-up session will also be required with the out-of-state medical professional. The evaluation is a critical component of the defense's sentencing preparation and mitigation work. The defense is seeking the continuance to allow the evaluation to proceed, to allow a report to be prepared if appropriate, and to complete additional work related to sentencing.

The Government does not object to this motion.

WHEREFORE, counsel for Mr. Elshazly respectfully requests that sentencing and all deadlines be postponed as set forth in this motion and that sentencing be rescheduled for a date in October of 2025 that is convenient for the Court.

//

//

//

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | THE DEFENDANT,<br>AHMAD ELSHAZLY |
|  | FEDERAL DEFENDER OFFICE |
| Date: June 04, 2025 | */s/ Josh Ewing*<br>Josh B. Ewing, phv20199, CT 443715<br>Assistant Federal Defender<br>10 Columbus Blvd, 6th FL<br>Hartford, CT 06106<br>Phone: (860) 951-6664<br>Email: josh_ewing@fd.org |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 04, 2025, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Josh Ewing*
Josh B. Ewing

2