UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:20-CR-71(VAB) |
| AHMAD ELSHAZLY | December 3, 2025 |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING SCHEDULE**

Ahmad Elshazly, through counsel, respectfully requests that the Court continue sentencing in this matter by approximately 120 days to a date convenient for the Court and parties, and adjust the accompanying sentencing deadlines accordingly. The grounds for this motion follow:

Mr. Elshazly is detained at the Donald W. Wyatt Detention Center. The defense did not make the progress it expected to regarding sentencing in this matter, in part, because the shutdown impacted expert and related mitigation work the defense needs to be prepared for sentencing. In addition, the presentence interview that was scheduled for November 19, 2025, did not occur, complicating the ability to reschedule the interview within existing deadlines.

The Government does not object to this motion.

WHEREFORE, counsel for Mr. Elshazly respectfully requests that sentencing and all deadlines be postponed as set forth in this motion and that sentencing be rescheduled by approximately 120 days to a date that is convenient for the Court and the parties.

//

//

//

//

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | THE DEFENDANT,<br>AHMAD ELSHAZLY |
|  | FEDERAL DEFENDER OFFICE |
| Date: December 03, 2025 | */s/ Josh Ewing*<br>Josh B. Ewing, phv20199, CT443715/phv20199<br>Assistant Federal Defender<br>10 Columbus Blvd, 6th FL<br>Hartford, CT 06106<br>Phone: (860) 951-6664<br>Email: josh_ewing@fd.org |

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 03, 2025, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Josh Ewing*
                                      Josh B. Ewing