UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                    CRIMINAL NO. 3:20-CR-71(VAB)

AHMAD ELSHAZLY                                         May 7, 2026

### DEFENDANT'S STATUS REPORT

Ahmad Elshazly, through counsel, respectfully informs the Court that defense and government counsel have met and conferred regarding the impact of United States v. Ullah, No. 21-1058 (2d Cir. Apr. 21, 2026). The defense respectfully seeks two weeks to file appropriate briefing on the issue and suggests a deadline for defense pleadings of May 21, 2026.

Respectfully Submitted,

THE DEFENDANT,
AHMAD ELSHAZLY

FEDERAL DEFENDER OFFICE

Date: May 07, 2026          */s/ Josh Ewing*
                            Josh B. Ewing, phv20199, CT443715
                            Assistant Federal Defender
                            10 Columbus Blvd, 6th FL
                            Hartford, CT 06106
                            Phone: (860) 951-6664
                            Email: josh_ewing@fd.org

                            /s/ Sabrina P. Shroff
                            Attorney for Ahmad Elshazly
                            730 Third Avenue, 16th Floor
                            New York, New York 10017

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 07, 2026, a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ SPS*
Sabrina P. Shroff

2