# U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT

## SENTENCING HEARING MINUTES

Date: 9/28/26

Case #: 3:20-cr-00071-VAB Dft #: ______

Honorable Judge Victor A. Bolden

Deputy Clerk: Frances Velez

AUSA: John Cella/Konstantin Lantsman

Counsel for Defendant: Sabrina P. Shroff/Josh B Ewing

☐ Retained ☐ CJA ■ FPD

USPO: Daniel Leone

Reporter/Courtsmart: Heather Ireland

Interpreter: ______ Language: ______

**UNITED STATES OF AMERICA**

v.

Ahmad Khalil Elshazly

Start Time: 1:04 pm End Time: 3:00 pm

Recess (if more than ½ hr): ______ to ______

Total Time: 1 hour(s) 56 minute(s)

---

■ Sentencing ■ held 115 mins (time) ☐ held in abeyance ☐ continued until ______ at ______

■ Motion Hearing held 1 min (time) ☐ defendant failed to appear ☐ bench warrant to issue

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

■ Court departs ☐ upward from guidelines ■ downward from guidelines

☐ To time served ☐ on Count(s) ______ of the ☐ Superseding ☐ Indictment ☐ Information

■ To 92 month(s) ______ year(s) imprisonment ☐ as to a lesser included offense ■ on Count(s) 1s of the ■ Superseding ☐ Indictment ☐ Information

☐ To ______ month(s) ______ years(s) imprisonment ☐ as to a lesser included offense ☐ on Count(s) ______ of the ☐ Superseding ☐ Indictment ☐ Information

☐ Sentence on Count(s) ______ shall run ☐ concurrently ☐ consecutively to:

☐ sentence imposed on Count(s) ______ ☐ state sentence

☐ Defendant shall get credit for time served

■ Court recommends incarceration at Fort Dix or Facility close to Maryland

☐ Court recommends participation in the 500-hour drug rehabilitation treatment program (RDAP)

☐ Defendant ordered to self-surrender on ______ by ______ to the designated facility or USMS office.

☐ Bond ☐ continued ☐ set at $______

☐ Defendant remanded to the custody of the US Marshal

■ Upon release the dft shall be placed on supervised release for life month(s) ____years(s) on Count(s) 1s

☐ Upon release the dft shall be placed on supervised release for ______ month(s) ____years(s) on Count(s) ______

☐ Defendant sentenced to probation for a term of ______ month(s) ______ years(s)

☐ Defendant shall pay a fine of $______ on Count(s) ______ to be paid by ______ in installments of ______ per ______ for a total of $______

■ Special Assessment of ☐ $25 ☐ $50 ■ $100 is imposed as to ☐ each of Count(s) ______ for a total of $______ to be paid immediately

☐ Defendant shall pay restitution in the amount of ______ ☐ payable at the rate of $______ per month

☐ payable to ______

☐ Proposed restitution order to be filed 90 days from today

■ Govt's motion for order of forfeiture ■ filed ☐ granted ☐ denied ☐ to be filed

■ Govt's ☐ oral motion to dismiss remaining count(s) ☐ filed ■ granted ☐ denied ☐ to be filed

■ Govt's ■ oral motion for acceptance of responsibility ☐ filed ■ granted ☐ denied

☐ Motion for ______________________________ ☐ filed by ______ ☐ granted ☐ denied ☐ taken under advisement
☐ Motion for ______________________________ ☐ filed by ______ ☐ granted ☐ denied ☐ taken under advisement

**CONDITIONS OF ■ SUPERVISED RELEASE ☐ PROBATION**

■ Mandatory conditions number(s): 1, 2,4, 6b, 8
■ Standard Conditions
■ Special conditions are imposed as stated on the record and in the judgment
☐ Other: